IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CATHY CASH, *et al.*                                                                 PLAINTIFFS

v.                             Case No. 1:16-cv-1041

PHILADELPHIA INDEMNITY
INSURANCE COMPANY                                                                     DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal With Prejudice. ECF No. 28. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties stipulate to the voluntary dismissal of this action with prejudice. Accordingly, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS SO ORDERED**, this 24th day of October, 2017.

                                                            /s/ Susan O. Hickey
                                                            Susan O. Hickey
                                                            United States District Judge